PEOPLE EX REL. LYMAN GRAY v. HIGHWAY COMMISSIONER AND TOWNSHIP CLERK OF THE TOWNSHIP OF BROCKWAY.

*Opening Highways.*

Proceedings to lay out and open a highway will be quashed if the record does not show that legal notices were given.

CERTIORARI to highway commissioner and township clerk. Submitted January 9. Decided January 14.

*P. N. Packard* for relator. Notice to parties interested and proper proof of service on them are absolutely essential to the validity of proceedings to lay out a highway, Comp. L., § 1253; *Nankin Case*, 14 Mich., 528; *Vernon Case*, 27 Mich., 414; *Olive and Robinson*, 30 Mich., 490; *Hamtramck Case*, 28 Mich., 362.

CAMPBELL, C. J. This is a certiorari to review proceedings to lay out and open a highway. The record does not show that legal notices were given, and therefore, as we have frequently held, the action of the commissioner was void and must be quashed.

The other Justices concurred.